1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| CAROLINE CONNOR, M.D., | Case No. 14-cv-03697-JSW |
| Plaintiff, | (**PROPOSED**) **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| THE PAUL REVERE LIFE INSURANCE COMPANY and DOES 1 through 10, inclusive, | Hon. Jeffrey S. White |
| Defendants. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own attorneys' fees and costs.

DATED: February 18, 2015        _____
                                HON. JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE